# ALABAMA COURT OF CRIMINAL APPEALS



September 20, 2024

**CR-2022-1040**
Jeffrey Jamall Briskey v. State of Alabama (Appeal from Calhoun Circuit Court: CC-18-1604).

## <u>NOTICE</u>

You are hereby notified that on September 20, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk